**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| MARIA VARELA,<br><br>     Plaintiff,<br><br>  v.<br><br>DEIRDRE FIKE, LA FBI,<br><br>     Defendants. | CASE NO. 8:17-CV-00685-SK<br><br>**JUDGMENT** |

  Pursuant to the Order Dismissing Complaint and Action, **IT IS ADJUDGED** that the complaint is dismissed without leave to amend and this action dismissed.

DATED:  __July 5, 2017__

              _____

            HON. STEVE KIM
            U.S. MAGISTRATE JUDGE